

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2022

No. 04-22-00725-CV

David Gene **BECKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1257
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

On October 4, 2022, the magistrate judge signed an order for extended outpatient mental health services for Appellant David Gene Becka.

Under the Health and Safety Code, Appellant's notice of appeal was due within ten days after the order was signed. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070(b); *In re J.A.*, 53 S.W.3d 869, 871 (Tex. App.—Dallas 2001, no pet.). Thus, Appellant's notice of appeal was due on October 14, 2022. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070(b).

On October 28, 2022, Appellant filed a notice of appeal; the notice of appeal was late. *See id.* However, Appellant's notice of appeal was filed within fifteen days after the deadline for filing the notice of appeal. *See* TEX. R. APP. P. 26.3. We will imply a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but within the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3].").

We ORDER Appellant to file a motion for extension of time that reasonably explains the need for an extension within TEN DAYS of the date of this order. *See* TEX. R. APP. P. 26.3 (citing TEX. R. APP. P. 10.5(b)); *In re E.K.C.*, 486 S.W.3d 614, 616 (Tex. App.—San Antonio 2016, no pet.). If Appellant fails to file a motion as ordered, we will dismiss this appeal for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a), (c).

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court